UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JANINE ALCANTARA,
Plaintiff

    v.                          C.A. No. 05-382T

JO ANNE B. BARNHART
COMMISSIONER, SOCIAL SECURITY
ADMINISTRATION,
Defendant

O R D E R

    This matter is hereby referred to Magistrate Judge Lincoln D. Almond for Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).


ENTER:                                BY ORDER:


_____      _____
Ernest C. Torres                    Deputy Clerk
Chief Judge
Dated: