UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JANINE ALCANTARA

      v.            CA No. 05-382-T

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration

## ORDER DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND GRANTING DEFENDANT'S MOTION TO AFFIRM

The plaintiff's motion for summary judgment, or in the alternative, to remand (Document No. 9) is hereby DENIED and the defendant's motion to affirm her decision (Document No. 13) is hereby GRANTED.

By Order

/s/ _____
Deputy Clerk

ENTER:

/s/ Ernest C Torres
Ernest C. Torres
Chief Judge

Date: November 13, 2006