UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

JANINE ALCANTARA

v. CA No. 05-382-T

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration

**ORDER OF REMAND**

This case is hereby remanded to the Social Security Administration for further proceedings consistent with the opinion of the First Circuit Court of Appeals dated December 12, 2007.

By Order

Deputy Clerk

ENTER:

Ernest C. Torres
Senior Judge

Date: Dec. 19, 2007